IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY MALDEN,

      Appellant,

v.

OLD REPUBLIC NATIONAL
TITLE COMPANY, A FOREIGN
CORPORATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2619

Opinion filed December 18, 2014.

An appeal from the Circuit Court for Duval County.
L. P. Haddock, Judge.

Kenneth A. Tomchin and Brett P. Abner, of Tomchin & Odom, P.A., Jacksonville,
for Appellant.

M. Scott Thomas and Cristine M. Russell, of Rogers Towers, P.A., Jacksonville,
for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.